No. 853. AKINS *v.* TEXAS. March 26, 1945. Petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. *Messrs. A. S. Baskett* and *W. J. Durham* for petitioner. *Grover Sellers,* Attorney General, *Benjamin T. Woodall,* Assistant Attorney General, and *Mr. Ernest S. Goens* for respondent.

No. 837. AMERICAN TOBACCO CO. ET AL. *v.* UNITED STATES;

No. 838. LIGGETT & MYERS TOBACCO CO. ET AL. *v.* UNITED STATES; and

No. 840. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* UNITED STATES. March 26, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the question whether actual exclusion of competitors is necessary to the crime of monopolization under § 2 of the Sherman Act. The CHIEF JUSTICE, MR. JUSTICE REED, and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Messrs. George W. Whiteside* and *Milton Handler* for petitioners in No. 837. *Messrs. Bethuel M. Webster* and *Francis H. Horan* for petitioners in No. 838. *Messrs. Harold F. McGuire, B. S. Womble, Thomas Turner Cooke* and *Richard C. Stoll* for petitioners in No. 840. *Solicitor General Fahy, Assistant Attorney General Berge* and *Mr. Robert L. Stern* for the United States. Reported below: 147 F. 2d 93.